MELL *v.* NORTON *et al.*

BECK, P. J. This was an equitable petition, which stated a cause of action good as against a general demurrer. The remedy at law was not as adequate as the equitable remedy sought; and the court erred in sustaining the general demurrer.

*Judgment reversed. All the Justices concur, except Russell, C. J., who dissents.*

No. 10315. DECEMBER 12, 1934.

*Drennan & Giles,* for plaintiff.

*Louis H. Foster* and *Smith, Smith & Bloodworth,* for defendants.